IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ASHLEY B. ISAAC, | § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. C-05-437 |
| NUECES COUNTY, TEXAS, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, the Court enters final judgment against Plaintiff. Plaintiff's action is hereby DISMISSED.

SIGNED and ENTERED the 12th day of July, 2006.

_____
Janis Graham Jack
United States District Judge